**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**\*E-Filed 11/17/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JANE ST. JEAN, et al.,                                    No. C 09-04427 RS

              Plaintiffs,                    **STANDBY ORDER TO SHOW CAUSE**

   v.

ALLIED INTERSTATE, INC.,

             Defendant.

_____/

     The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **January 20, 2010**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 27, 2010, at 9:30 a.m.** and show cause why the case should not be dismissed.

     Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:  11/16/09                    _____

              RICHARD SEEBORG
              UNITED STATES MAGISTRATE JUDGE